JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DENISE ROHR, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, doing business as TARGET and DOES 1 to 25, Inclusive,<br><br>Defendants. | SACV 08-01314-JVS(MLGx)<br><br>Judge: Hon. James V. Selna<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO REMAND THE COMPLAINT |

The motion of Plaintiff Denise Rohr to remand the Complaint to the California Superior Court for the County of Orange, came on for hearing before this Court, Sark Ohanian, appearing for the plaintiff and R. Derek Classen, appearing for the defendant Target Stores.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, and for the reasons set forth in the Court's civil minutes of January 13, 2009,

Plaintiff's motion is GRANTED IN PART.  The Complaint is REMANDED to State of California Superior Court for the County of Orange.  All other relief is DENIED.    IT IS SO ORDERED.

Dated: January 23, 2009

_____

Hon. Judge James V. Selna